# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| GRAVEL RATING SYSTEMS LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>DR. MARTENS AIRWAIR USA LLC,<br><br>*Defendant.* | Civil Action No. 4:24-cv-879<br><br>JURY TRIAL DEMANDED |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Gravel Rating Systems LLC states that it does not have a parent corporation, and there is no publicly held corporation owning 10% or more of its stock.

Dated: October 3, 2024

DEVLIN LAW FIRM LLC

*/s/ Timothy Devlin*
Timothy Devlin (DE 4241)
tdevlin@devlinlawfirm.com
Paul Richter (*pro hac vice* to be submitted)
prichter@devlinlawfirm.com
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

*Attorneys for Plaintiff*
*Gravel Rating Systems LLC*