UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 4:24-cv-00879-ALM

Name of party requesting extension: Defendant, Dr. Martens Airwair USA LLC

Is this the first application for extension of time in this case?  ✓ Yes  ☐ No

If no, please indicate which application this represents:  ☐ Second  ☐ Third  ☐ Other _____

Date of Service of Summons: 10/3/2024

Number of days requested:  ☐ 30 days  ☐ 15 days  ✓ Other 28 days

New Deadline Date: 11/21/2024  *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: George C. Summerfield
State Bar No.: P40644
Firm Name: K&L Gates LLP
Address: 70 W. Madison Street
Suite 3300
Chicago, IL 60602
Phone: (312)807-4376
Fax: (312)827-8000
Email: george.summerfield@klgates.com

A certificate of conference does not need to be filed with this unopposed application.