# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| GRAVEL RATING SYSTEMS LLC,<br><br>    *Plaintiff*,<br><br>  v.<br><br>DR. MARTENS AIRWAIR USA LLC,<br><br>    *Defendant*. | Civil Action No. 4:24-cv-00879-ALM |

## NOTICE OF APPEARANCE OF COUNSEL

The undersigned attorney, Anna Rebekah Hill, hereby enters an Appearance as counsel of record on behalf of Defendant Dr. Martens Airwair USA LLC in this case and is authorized to receive service of all pleadings, notices, orders, and other papers in the above-captioned matter on behalf of Defendant.

Dated: December 20, 2024

Respectfully submitted,

*/s/ Anna Rebekah Hill*
Anna Rebekah Hill
Bar No. 6345666IL
K&L Gates LLP
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 807-4293
rebekah.hill@klgates.com

*Attorney for Defendant*
*Dr. Martens Airwair USA LLC*

-2-

## CERTIFICATE OF SERVICE

Pursuant to Local Rule CV-5(a), the undersigned hereby certifies that on December 20, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Anna Rebekah Hill*
Anna Rebekah Hill