IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| GRAVEL RATING SYSTEMS LLC, *Plaintiff,* v. DR. MARTENS AIRWAIR USA LLC, *Defendant.* | C.A. No. 4:24-cv-00879-ALM JURY TRIAL DEMANDED |

**ORDER GRANTING UNOPPOSED MOTION OF PLAINTIFF
TO STAY THIS CASE FOR 30 DAYS PENDING FINALIZATION
OF SETTLEMENT IN PRINCIPLE**

Pending before the Court is Notice of Resolution and Unopposed Motion of Plaintiff to Stay this Case for 30 Days Pending Finalization of Settlement in Principle ("the Unopposed Motion" - Dkt. #20) in the above-captioned case. The Court, having considered the relevant pleadings and the Unopposed Motion, hereby **ORDERS** that the Unopposed Motion is **GRANTED,** and that all deadlines in this case are stayed for for thirty (30) days from today's date, while the Parties memorialize and finalize their resolution.

The Clerk is directed to CANCEL the March 17, 2025 Scheduling Conference.

**IT IS SO ORDERED.**

SIGNED this 5th day of March, 2025.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE