IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| GRAVEL RATING SYSTEMS LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>DR. MARTENS AIRWAIR USA LLC,<br><br>    *Defendant.* | C.A. No. 4:24-cv-00879-ALM<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED
MOTION TO EXTEND STAY FOR 30 DAYS**

Pending before the Court is Plaintiff's Unopposed Motion to Extend Stay for 30 Day ("the Unopposed Motion" - Dkt. #22). The Court, having considered the relevant pleadings and the Unopposed Motion, hereby **ORDERS** that the Unopposed Motion is **GRANTED,** and that all deadlines in this case are stayed for an additional thirty (30) days, until **May 5, 2025**, while the Parties finish the memorialization and finalization of their resolution of this case.

**IT IS SO ORDERED.**
**SIGNED** this 7th day of April, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE