# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| GRAVEL RATING SYSTEMS LLC, *Plaintiff,* v. DR. MARTENS AIRWAIR USA LLC, *Defendant.* | C.A. No. 4:24-cv-00879-ALM  JURY TRIAL DEMANDED |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND STAY FOR 30 DAYS

Pending before the Court is Plaintiff's Unopposed Motion to Extend Stay for 30 Day ("the Unopposed Motion" - Dkt. #24). The Court, having considered the relevant pleadings and the Unopposed Motion, hereby **ORDERS** that the Unopposed Motion is **GRANTED,** and that all deadlines in this case are stayed for an additional thirty (30) days, until **June 4, 2025**, while the Parties finish the memorialization and finalization of their resolution of this case.

IT IS SO ORDERED.
SIGNED this 8th day of May, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE